DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIRST PROTECTIVE INSURANCE COMPANY** d/b/a **FRONTLINE INSURANCE,**
Appellant,

v.

**JARED RINE** and **LORI RINE,**
Appellees.

No. 4D2025-0703

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 23-019485 CACE (02).

Paulo R. Lima and Elizabeth K. Russo of Russo Lima Appellate Firm, P.A., for appellant.

Mark A. Nation of The Nation Law Firm, Longwood; Jeffrey D. DeCarlo of Bernheim Kelley Battista & Bliss LLC, Fort Lauderdale; and Michael C. Knecht of Knecht Law Group, Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***